# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SEANAH DIXON,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 2:24-cv-02103-APG-MDC

**Order**

    Plaintiff Seanah Dixon moves for a temporary restraining order to require the defendants to have her immediately seen by a cardiologist, prohibit them from altering her medication ordered by outside physicians, arrange for all ordered diagnostic procedures, and to stock lifesaving medications.

    Although Dixon's complaint has not yet been screened, the seriousness of Dixon's allegations warrants a response on the substantive issues she raises on an expedited basis.  The defendants do not waive any objections or arguments they may have on procedural grounds by responding to the merits of Dixon's motion in response to this expedited situation.

    I THEREFORE ORDERED that within 10 days from the date of the entry of this order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for temporary restraining order.  Additionally, based on the nature of the allegations, the defendants shall also have 10 days from the date of this order to file their substantive response to Dixon's motion for temporary restraining order (ECF No. 2).

    I FURTHER ORDER that if Dixon chooses to file a reply, she shall do so within 7 days after the defendants file a response.

I FURTHER ORDER the clerk of the court to electronically serve a copy of this order and a copy of Dixon's motion for temporary restraining order (ECF No. 2) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

DATED this 13th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2