**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEANAH DIXON, | Case No.: 2:24-cv-02103-APG-BNW |
| Plaintiff | **Order Referring Case to the Pro Bono Program** |
| v. | |
| KENNETH WILLIAMS, et al., | |
| Defendants | |

Plaintiff Seanah Dixon sues various individuals for Eighth Amendment deliberate indifference and First Amendment retaliation related to her medical care while incarcerated at High Desert State Prison.

I ORDER that this case is referred to the Pro Bono Program adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Seanah Dixon. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case. Accordingly, this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

I FURTHER ORDER the clerk of court to forward this order to the Pro Bono Liaison.

DATED this 20th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE