**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEANAH DIXON, | Case No.: 2:24-cv-02103-APG-MDC |
| Plaintiff | **Order Granting Extension of Time** |
| v. | [ECF No. 15] |
| KENNETH WILLIAMS, et al., | |
| Defendants | |

I HEREBY GRANT plaintiff Seanah Dixon's motion (ECF No. 15) to extend the deadline for her reply in support of her motion for injunctive relief.  Her reply is due no later than December 13, 2024.

DATED this 26th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE