# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Seanah Dixon,<br><br>             Plaintiff,<br><br>   v.<br><br>Kenneth Williams, et al.,<br><br>             Defendants. | Case No. 2:24-cv-02103-APG-BNW<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

I previously referred this case to the Pro Bono Program ("Program") adopted in the Third Amended General Order 2019-07 for the purpose of screening for financial eligibility and identifying pro bono counsel. ECF No. 8. I have been informed that pro bono counsel has been identified. Attorney Jamie P. Leavitt is hereby appointed as counsel for Ms. Dixon. The scope of the appointment is for all purposes.[1] The scope of the appointment does not extend to the appeal, if any, of a final decision. Accordingly,

IT IS ORDERED that Jamie P. Leavitt, Esq., is appointed as pro bono counsel for Plaintiff under the United States District Court for the District of Nevada's Pro Bono Program.

IT IS FURTHER ORDERED that Jamie P. Leavitt, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that the Clerk of Court assign a PROBONO case flag and add Jamie P. Leavitt, Esq., to the docket as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Jamie P. Leavitt, Esq., will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

/ /

---

[1] This information comes from the appointment-response form that Ms. Leavitt filled out and provided to the Pro Bono Program Liaison.

1    IT IS FURTHER ORDERED that within 14 days after completion of legal services, Jamie

2  P. Leavitt, Esq., must submit a Notice of Completion Form to the Pro Bono Liaison.

3    DATED: March 7, 2025

4

5    _____

6    ANDREW P. GORDON
     CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28