# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEANAH DIXON, | Case No. 2:24-cv-02103-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH WILLIAMS, et al. | |
| Defendants. | |

The Office of the Attorney General has accepted service for all defendants except for "Nurse Workman." ECF Nos. 23, 25, 45. The last-known address for Defendant Workman has been filed under seal. ECF No. 47.

Accordingly, **IT IS HEREBY ORDERED** that the U.S. Marshals Service must attempt service on Defendant Workman.

**IT IS FURTHER ORDERED** that the Clerk of Court **must** issue a summons for Defendant Workman and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 7), the Court's Screening Order (ECF No. 6), and the address for Defendant Workman filed under seal (ECF No. 47).

**IT IS FURTHER ORDERED** that the Clerk of Court **must** send Plaintiff one USM-285 form, together with a copy of this Order. **Plaintiff must** complete the USM-285 form regarding Defendant Workman (leave the address portion blank) and return the same to the USMS by mail no later than **April 16, 2025**.

**IT IS FURTHER ORDERED** that the USMS **must** attempt to effect service of the summons, the operative complaint, and Screening Order on Defendant Workman no later than **twenty days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that the USMS is to **file the return of service under seal** given Defendant Workman's address shall remain sealed.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Workman may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: March 26, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE