# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEANAH DIXON,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02103-APG-MDC<br><br>**Order for Response to Emergency Motion**<br><br>[ECF No. 50] |

I HEREBY ORDER the defendants to respond to Seanah Dixon's emergency motion for supplementation (ECF No. 50) by May 1, 2025.

DATED this 24th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE