1  KEITH A. WEAVER
   Nevada Bar No. 10271
2  Keith.Weaver@lewisbrisbois.com
   ALISSA N. BESTICK
3  Nevada Bar No. 14979
   Alissa.Bestick@lewisbrisbois.com
4  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
5  Telephone: 702.893.3383
   Facsimile: 702.893.3789
6  *Attorneys for Defendant David Rivas*

7              UNITED STATES DISTRICT COURT

8          DISTRICT OF NEVADA, NORTHERN DIVISION

9

10  SEANAH J. DIXON,                    Case No. 2:24-CV-02103-APG-BNW

11         Plaintiff,                   **MOTION TO WITHDRAW AS COUNSEL
                                        FOR DEFENDANT DAVID RIVAS AND
12      vs.                             FOR REMOVAL FROM THE CM/ECF
                                        SERVICE LIST**
13  KENNETH WILLIAMS, JOHN/JANE DOE
    I, JEREMY BEAN, DAVID RIVAS,
14  DIRECTOR OF NURSING DOE 2,

15         Defendants.

16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1

1    Keith A. Weaver ("Attorney Weaver"), Alissa N. Bestick ("Attorney Bestick"), and

2 their law firm Lewis Brisbois Bisgaard & Smith LLP ("Lewis Brisbois") hereby files this

3 Motion to Withdraw as Counsel of Record for Defendant David Rivas. ("Mr. Rivas") and to

4 be removed the CM/ECF service list for this case pursuant to LR IA 11-6. With this Motion,

5 counsel requests an order from this Honorable Court allowing them and their firm to

6 withdraw as counsel of record for Mr. Rivas, as Mr. Rivas is now represented by attorney

7 the Office of the Attorney General of the State of Nevada.

8    This Motion is based on the following Memorandum of Points and Authorities. the

9 pleadings and papers on file with this Court, and any oral arguments this Honorable Court

10 is willing to entertain at the time of the hearing of this matter.

11    January 12, 2026

12

13                LEWIS BRISBOIS BISGAARD & SMITH LLP

14

15    By        /s/ Alissa Bestick

16        KEITH A. WEAVER
        Nevada Bar No. 10271

17        ALISSA N. BESTICK
        Nevada Bar No. 14979

18        6385 S. Rainbow Boulevard, Suite 600
        Las Vegas, Nevada 89118

19        *Attorneys for Defendant David Rivas*

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1                                         2

<u>DECLARATION OF ALISSA N. BESTICK, ESQ. IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT DAVID
RIVAS AND FOR REMOVAL FROM THE CM/ECF SERVICE LIST</u>

I, Alissa N. Bestick, Esq., do declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney duly licensed to practice in the State of Nevada, and an attorney at the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, which has been retained to represent the interests of Defendant David Rivas in the matter of *Dixon v. Williams, et al.* Case No. 2:24-CV-02103-APG-BNW. I have personal knowledge of the content of this Declaration, and I am competent to testify thereto if called upon to do so.

2.      The facts set forth in this Motion are true and correct to the best of my knowledge, information, and belief.

3.      Attached as **Exhibit A** is a true and correct copy of the Docket for *Dixon v. Williams, et al.* Case No. 2:24-CV-02103-APG-BNW.

I declare under penalty of perjury that the foregoing is true and correct.


     /s/ Alissa N. Bestick
     Alissa N. Bestick

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1

3

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.    INTRODUCTION

3    Attorney Weaver, Attorney Bestick, and Lewis Brisbois were retained to represent

4 David Rivas regarding the claims in this case. However, David Rivas has retained the

5 services of the Nevada Office of the Attorney General, who is now actively defending David

6 Rivas in this case. Accordingly, Attorney Weaver, Attorney Bestick, and Lewis Brisbois

7 respectfully request that this Court permit them to withdrawal as counsel of record for David

8 Rivas and remove them from the CM/ECF service list from this case. Mr. Rivas' interests

9 will be protected, no delay will result, and good cause otherwise exists to permit the

10 requested relief.

11    **II.    GOOD CAUSE EXISTS TO PERMIT ATTORNEY WEAVER, ATTORNEY**

12    **BESTICK, AND LEWIS BRISBOIS TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT DAVID RIVAS**

13    "[A]n attorney cannot withdraw from a case without consent of the court." *See e.g.*

14 *Harris v. Diamond Dolls of Nevada, LLC,* No. 3:19-cv-00598-RCJ-CBC, 2023 WL 6059667,

15 at *3 (D. Nev. Sept. 18, 2023) (quoting *Lavvorn v. Johnston,* 118 F.2d 704, 706 (9th Cir.

16 1941)). Further, "[c]ourts maintain the discretion to grant or deny a motion to withdraw as

17 counsel." *Id.* (citation omitted).

18    Rule 11-6 of the United States District Court for the District of Nevada's Local Rule

19 of Practice states in pertinent part:

20

21    (b) If an attorney seeks with withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and

22    opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.

23

24                                          *    *    *

25    (e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the

26    case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled

27    discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate

28    delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1                                                      4

LR IA 11-6(b) & (e); *see also Harris,* 2023 WL 6059667 at *3.

In addition, Rule 1.16 of the Nevada Rules of Professional Conduct governs the termination of representation. NRPC 1.16 states in pertinent part:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>
> > (1) Withdrawal can be accomplished without material adverse effect on the interests of the client;
> >
> > *   *   *
> >
> > . . . or
> >
> > (7) Other good cause for withdrawal exists.
>
> (c) A lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating representation. When ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation.
>
> (d) Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred. The lawyer may retain papers relating to the client to the extent permitted by other law.

NRCP 1.16(b)(1), (b)(7), (c), & (d).

Here, Mr. Rivas, as a present or former State officer, employee, or contractor of the State of Nevada, has obtained Defense Counsel through the Office of the Attorney General of the State of Nevada. David Rivas is currently being represented by counsel from the Office of the Attorney General. *See* **Exhibit A** (indicating that David Rivas is represented by the Office of the Attorney General.)

Although Attorney Weaver, Attorney Bestick, and Lewis Brisbois are still currently listed as additional counsel for Dr. Rivas, they are no longer actively participating in Dr. Rivas's defense and good cause exists to permit them to withdraw from this case. Pursuant to LR IA 11-6(b), counsel has served this Motion on David Rivas in order to give him the requisite opportunity to respond; however, based on his request for and current


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   representation by the Nevada Office of the Attorney General, counsel anticipates that he

2   will not object to counsel's request.

3        Although "[w]ithdraw[al] has been denied where the court finds that withdrawal

4   would work an injustice or cause undue delay[,]" no such circumstances exist here. *See*

5   *e.g. Harris,* 2023 WL 6059667 at *3 (citation and internal quotation marks omitted). As

6   noted, David Rivas already has active representation through the Nevada Office of the

7   Attorney General and no delay will be incurred as a result of counsel's withdrawal. Similarly,

8   no delay will result with respect to discovery, the trial, or any hearing in this case as any

9   deadlines imposed on David Rivas are being handled by his current counsel and the

10  parties.

11       Because David Rivas already has active replacement counsel, the requested

12  withdrawal can be accomplished without material adverse effects on Dr. Rivas's interests.

13  Indeed, Mr. Rivas's interests have already been taken over by the Attorney General, who

14  is actively participating in Mr. Rivas's defense.

15       Accordingly, Attorney Weaver, Attorney Bestick, and Lewis Brisbois respectfully

16  request that this Court grant their request to withdraw as counsel for David Rivas and permit

17  the Nevada Office of the Attorney General to continue with its representation.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1                                           6

1

**III.    CONCLUSION**

2        Based on the foregoing, Attorney Weaver, Attorney Bestick, and Lewis Brisbois

3   respectfully request that this Court grant their request to withdraw as counsel for David

4   Rivas and to remove them from the CM/ECF service list for this case.

5        January 12, 2026.

6

7                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9                              By        /s/ Alissa N. Bestick
                                      _____
10                                     KEITH A. WEAVER
                                       Nevada Bar No. 10271
11                                     ALISSA N. BESTICK
                                       Nevada Bar No. 14979
12                                     6385 S. Rainbow Boulevard, Suite 600
                                       Las Vegas, Nevada 89118
13                                     *Attorneys for Defendant David Rivas*

14

15

16

17   It is so ORDERED.

18

19

20

21

22

23                              UNITED STATES MAGISTRATE JUDGE
                                **DATED:** January 13, 2026

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162303116.1                                    7

# EXHIBIT A

# EXHIBIT A

IFP

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:24-cv-02103-APG-BNW

Dixon v. Williams et al
Assigned to: Chief Judge Andrew P. Gordon
Referred to: Magistrate Judge Brenda Weksler
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/13/2024
Jury Demand: Both
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Seanah Dixon**
62866
High Desert State Prison
PO Box 650
Indian Springs, NV 89070-0650

represented by **Jamie Leavitt**
Brownstein Hyatt Farber Schreck
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
702-464-7038
Email: jleavitt@bhfs.com
*TERMINATED: 05/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk B. Lenhard**
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Sutie 1600
Las Vegas, NV 89106
702-382-2101
Email: klenhard@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yashmeeta Sharma**
Brownstein Hyatt Farber Schreck, LLP
100 N. City Parkway
Ste 1600
Las Vegas, NV 89106
702-464-7078
Email: ysharma@bhfs.com
*TERMINATED: 05/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Law Library - High Desert State Prison**
Email: HDSP_LawLibrary@doc.nv.gov
*TERMINATED: 03/07/2025*

**Molly Marias**
Brownstein Hyatt Farber Schreck
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702-464-7074
Email: mmarias@bhfs.com

*ATTORNEY TO BE NOTICED*

**Travis Franklin Chance**
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106
702-382-2101
Fax: 702-382-8135
Email: tchance@bhfs.com
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**Kenneth Williams**                          represented by   **Douglas R Rands**
                                                               Nevada Attorney General
                                                               100 N. Carson Street
                                                               Carson City, NV 89701-4717
                                                               775-684-1150
                                                               Fax: 775-684-1108
                                                               Email: drands@ag.nv.gov
                                                               *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jeremy Bean**                               represented by   **Douglas R Rands**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**David Rivas**                               represented by   **Alissa N. Bestick**
                                                               6385 S. Rainbow Blvd.
                                                               Ste 600
                                                               Las Vegas, NV 89118
                                                               702-693-4343
                                                               Email: Alissa.Bestick@lewisbrisbois.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Victoria Charlene Corey**
                                                               Office of the Attorney General
                                                               1 State of Nevada Way
                                                               Ste 100
                                                               Las Vegas, NV 89119
                                                               336-207-5709
                                                               Email: vcorey@ag.nv.gov
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Douglas R Rands**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Director of Nursing**

**Defendant**

**Jaymie Cabrerra**                              represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Mary Manalastas**                              represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Justin McRoberts**                             represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Garcia**                                       represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Flores**                                       represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Workman**


**Defendant**

**Schultz**                                      represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**

**Mark Hidrosollo**                              represented by   **Douglas R Rands**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Interested Party**

**Attorney General of the State of Nevada**      represented by   **Aaron D. Ford-AG**
                                                                  Nevada Attorney General
                                                                  100 North Carson Street
                                                                  Carson City, NV 89701
                                                                  775-684-1100
                                                                  Fax: 775-684-1108
                                                                  Email: usdcfilings@ag.nv.gov
                                                                  *TERMINATED: 07/30/2025*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


                                                                  **Douglas R Rands**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Moreda**
*TERMINATED: 11/20/2024*

**Defendant**

**Assihari**
*TERMINATED: 11/20/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2024 | | Case randomly assigned to Chief Judge Andrew P. Gordon and Magistrate Judge Brenda Weksler. (DLS) (Entered: 11/13/2024) |
| 11/13/2024 | 1 | MOTION/APPLICATION for Leave to Proceed in forma pauperis by Plaintiff Seanah Dixon. (Attachments: # 1 Complaint, # 2 Motion to Exceed Page Limit)(DLS) (Entered: 11/13/2024) |
| 11/13/2024 | 2 | Emergency MOTION for Temporary Restraining Order by Plaintiff Seanah Dixon. Responses due by 11/27/2024. (DLS) (Entered: 11/13/2024) |
| 11/13/2024 | 3 | Emergency MOTION for Preliminary Injunction by Plaintiff Seanah Dixon. Responses due by 11/27/2024. (Image is identical to 2 Motion). (DLS) (Entered: 11/13/2024) |
| 11/13/2024 | 4 | ADVISORY LETTER to litigant. (**For Distribution by law library.**) (DLS) (Entered: 11/13/2024) |
| 11/13/2024 | 5 | ORDER. IT IS ORDERED that within 10 days from the date of the entry of this order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of defendants only for purposes of responding to the motion for temporary restraining order. Additionally, based on the nature of the allegations, the defendants shall also have 10 days from the date of this order to file their substantive response to Dixon's 2 motion for temporary restraining order. IT IS FURTHER ORDERED that if Dixon chooses to file a reply, she shall do so within 7 days after the defendants file a response. IT IS FURTHER ORDERED that the Clerk of the Court electronically serve a copy of this order and a copy of Dixon's 2 motion for temporary restraining order on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant. Signed by Chief Judge Andrew P. Gordon on 11/13/2024. (**For Distribution by law library.**) (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 11/13/2024) |
| 11/20/2024 | 6 | SCREENING ORDER. It is therefore ordered that Dixon's motion to file an oversized complaint (ECF No. 1 -2) is granted. It is ordered that the Eighth Amendment medical-indifference claim will proceed against Kenneth Williams, Jeremy Bean, David Rivas, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Nurse Garcia, Nurse Flores, Nurse Workman, Nurse Mark, and Officer Shultz. |

And this claim will proceed against Officer Doe 14, Nurse Doe 28, Nurse Doe 33, and Doctor Doe 98 when Dixon learns their names and obtains leave of court to substitute them in as defendants.

It is ordered that Patrick Moreda and Officer Assihari are dismissed without prejudice.

It is ordered that Dixon's application to proceed in forma pauperis (ECF No. 1 ) is granted. Dixon is not required to pay an initial installment of the filing fee. And she is permitted to maintain this action to conclusion without the necessity of prepaying any additional fees or costs or giving security for them. But in the event this action is later dismissed, the full filing fee must still be paid under 28 U.S.C. § 1915(b)(2).

It is ordered that the Nevada Department of Corrections will forward payments from the account of Sean J. Dixon, #62866 to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10) until the full $350 filing fee has been paid for this action.

It is ordered that service under Federal Rule of Civil Procedure 4(m) must be perfected by February 24, 2025.

It is ordered that by December 11, 2024 the Attorney General's Office will file a notice advising the court and Dixon of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office will file, under seal, but will not serve on Dixon the last known addresses of those defendants for whom it has such information. If the last known address of the defendants is a post office box, the Attorney General's Office will attempt to obtain and provide the last known physical addresses.

It is ordered the Clerk of the Court to (1) file the complaint (ECF No. 1 -1); (2) send plaintiff Seanah Dixon a courtesy copy of her complaint (ECF No. 1 -1); (3) send a copy of this order to (a) the Finance Division of the Clerk's Office and (b) the attention of Chief of Inmate Services for the Nevada Department of Corrections at formapauperis@doc.nv.gov; and (4) electronically serve a copy of this order and a copy of the complaint (ECF No. 1 -1) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet (this does not indicate acceptance of service).

**See Screening Order for additional information.**

Attorney designation deadline: 12/11/2024. Proof of service due by 2/24/2025. Signed by Chief Judge Andrew P. Gordon on 11/20/2024. (Attachments: # 1 Courtesy Copy of 1 -1 Complaint)(Copies have been distributed pursuant to the NEF. CC: Finance. Copy of Order emailed to formapauperis@doc.nv.gov. - RJDG) **(copy of complaint sent to P) (For Distribution by law library.)** Modified on 11/21/2024 (RJDG). (Entered: 11/20/2024)

| | | |
|---|---|---|
| 11/20/2024 | 7 | COMPLAINT against Assihari, Jeremy Bean, Jaymie Cabrerra, Director of Nursing, Flores, Garcia, Mary Manalastas, Justin McRoberts, Patrick Moreda, David Rivas, Schultz, Kenneth Williams, Workman by Seanah Dixon. (Filed per 6 Screening Order. RJDG) (Entered: 11/20/2024) |
| 11/20/2024 | 8 | ORDER Referring Case to the Pro Bono Program - ORDERED that this case is referred to the Pro Bono Program adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Seanah Dixon. FURTHER ORDER the clerk of court to forward this |

| | | order to the Pro Bono Liaison. (Email (NEF) to pro bono liaison on 11/20/2024.) Signed by Chief Judge Andrew P. Gordon on 11/20/2024. (**For Distribution by law library.**)(Copies have been distributed pursuant to the NEF - DRM) (Entered: 11/20/2024) |
|---|---|---|
| 11/20/2024 | 9 | LIMITED NOTICE of Appearance by attorney Douglas R Rands on behalf of Interested Party Attorney General of the State of Nevada. *Limited Notice of Appearance* (Rands, Douglas) (Entered: 11/20/2024) |
| 11/21/2024 | 10 | RESPONSE to 3 Motion for Preliminary Injunction, 2 Motion for TRO by Interested Party Attorney General of the State of Nevada. Replies due by 11/28/2024. (Attachments: # 1 Exhibit 6)(Rands, Douglas) (Entered: 11/21/2024) |
| 11/21/2024 | 11 | First MOTION for Leave to File Document re 10 Response by Interested Party Attorney General of the State of Nevada. Responses due by 12/5/2024. (Rands, Douglas) (answer) (Entered: 11/21/2024) |
| 11/21/2024 | 13 | NOTICE *Notice of Under Seal Submission of Exhibits 1, 2, 3, 4 and 5 in Support of Interested Party Nevada Department of Correction's Response to Plaintiff's Motion for Preliminary Injunction* by Attorney General of the State of Nevada. (Rands, Douglas) (Entered: 11/21/2024) |
| 11/22/2024 | 14 | ORDER Granting 11 Motion for Leave to File Document re 10 Response. See order for details. Signed by Chief Judge Andrew P. Gordon on 11/22/2024. (**For Distribution by law library.**)(Copies have been distributed pursuant to the NEF - ALZ) (Entered: 11/22/2024) |
| 11/26/2024 | 15 | MOTION for Extension of Time by Plaintiff Seanah Dixon. Responses due by 12/10/2024. (DLS) (nondispositive) (Entered: 11/26/2024) |
| 11/26/2024 | 16 | ORDER granting 15 Motion to Extend Time for reply in support of motion for injunctive relief. Reply is due no later than December 13, 2024. Signed by Chief Judge Andrew P. Gordon on 11/26/2024. (**For Distribution by law library.**)(Copies have been distributed pursuant to the NEF - CAH) (Entered: 11/26/2024) |
| 12/13/2024 | 17 | REPLY to 10 Response re 3 Motion for Preliminary Injunction by Plaintiff Seanah Dixon. (DLS) (Entered: 12/13/2024) |
| 12/18/2024 | 18 | ADDENDUM to 17 Reply, by Plaintiff Seanah Dixon. (DRM) (Entered: 12/18/2024) |
| 12/19/2024 | 19 | MOTION for Leave to File Medical Records Under Seal, by Plaintiff Seanah Dixon. (Medical records attached separately under seal pending review.) Responses due by 1/2/2025. (DRM) (Additional attachment(s) added on 12/19/2024: # 1 Medical Records) (DRM). (Entered: 12/19/2024) |
| 01/29/2025 | 20 | Second Addendum to 17 Reply by Plaintiff Seanah Dixon. (DLS) (Entered: 01/29/2025) |
| 02/01/2025 | 21 | ORDER. IT IS ORDERED that plaintiff Seanah J. Dixon's 2 , 3 motions for injunctive relief are DENIED in part as set forth in this order.<br><br>IT IS FURTHER ORDERED that by February 7, 2025, the Attorney General's Office shall comply with the 6 screening order and file a notice advising the court and Dixon of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal.<br><br>IT IS FURTHER ORDERED that plaintiff Seanah J. Dixon's 19 motion for leave to file medical records under seal is GRANTED. |

| | | |
|---|---|---|
| | | IT IS FURTHER ORDERED that by February 10, 2025, NDOC shall file a status report regarding (1) whether the defendants stopped Dixon's daily furosemide prescription during or after the period alleged by Dixon, (2) if so, whether they have since reinstated a regular daily administration, and (3) if the defendants have not reinstated her daily prescription at a regular schedule or do not plan to do so, what medical basis they have for doing so.<br><br>See order for further details.<br><br>Signed by Chief Judge Andrew P. Gordon on 2/1/2025. (**For Distribution by law library.**) (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 02/03/2025) |
| 02/04/2025 | 22 | THIRD ADDENDUM to 17 Reply by Plaintiff Seanah Dixon. (GA) (Entered: 02/04/2025) |
| 02/05/2025 | 23 | ACCEPTANCE OF SERVICE by Jaymie Cabrerra, Kenneth Williams, Jeremy Bean, Mary Manalastas, David Rivas, Mark Hidrosollo on 2/5/2025 executed by Jaymie Cabrerra, Kenneth Williams, Jeremy Bean, Mary Manalastas, David Rivas, Mark Hidrosollo re 7 Complaint,. Jaymie Cabrerra accepted service on 2/5/2025, answer due 4/6/2025; Kenneth Williams accepted service on 2/5/2025, answer due 4/6/2025; Jeremy Bean accepted service on 2/5/2025, answer due 4/6/2025; Mary Manalastas accepted service on 2/5/2025, answer due 4/6/2025; David Rivas accepted service on 2/5/2025, answer due 4/6/2025; Mark Hidrosollo accepted service on 2/5/2025, answer due 4/6/2025. *Notice of Acceptance of Service* (Rands, Douglas) (Entered: 02/05/2025) |
| 02/06/2025 | 24 | STATUS REPORT *Status Report (ECF 21)* by Defendants Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Kenneth Williams, Jeremy Bean, David Rivas. (Rands, Douglas) (Entered: 02/06/2025) |
| 02/07/2025 | 25 | ACCEPTANCE OF SERVICE by Justin McRoberts on 2/6/2025 executed by Mark Hidrosollo, Justin McRoberts, Jaymie Cabrerra, Kenneth Williams, Jeremy Bean, Mary Manalastas, David Rivas re 23 Acceptance of Service,,. Justin McRoberts accepted service on 2/6/2025, answer due 4/7/2025. *Supplemental Notice of Acceptance of Serve* (Rands, Douglas) (Entered: 02/07/2025) |
| 02/10/2025 | 26 | ANSWER to 7 Complaint, with Jury Demand *Defendants' Answer to Plaintiff's Complaint ECF 7* filed by Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Kenneth Williams, Jeremy Bean, David Rivas. Certificate of Interested Parties due by 2/20/2025. Discovery Plan/Scheduling Order due by 3/12/2025.(Rands, Douglas)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 02/10/2025) |
| 02/11/2025 | 27 | AMENDED ANSWER to 7 Complaint, with Jury Demand *Joinder in Defendants' Answer to Plaintiff's Complaint* filed by Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Flores, Kenneth Williams, Jeremy Bean, David Rivas.(Rands, Douglas) (Entered: 02/11/2025) |
| 02/13/2025 | 28 | RESPONSE to 24 Status Report, by Plaintiff Seanah Dixon. (DRM) (Entered: 02/13/2025) |
| 02/19/2025 | 29 | NOTICE to Court and Defendants and Response to ECF Nos. 23 , 26 , by Seanah Dixon. (DRM) (Entered: 02/20/2025) |
| 02/19/2025 | 30 | MOTION for Issuance of Discovery Scheduling Order, by Plaintiff Seanah Dixon. Responses due by 3/5/2025. (DRM) (misc) (discovery) (Entered: 02/20/2025) |
| 02/20/2025 | 31 | ORDER TO SHOW CAUSE. IT IS THEREFORE ORDERED that by February 28, 2025, the defendants must file a response to this order explaining why I should not hold them in contempt based on their failure to fully comply with my February 1, 2025 order. Signed by |

| | | |
|---|---|---|
| | | Chief Judge Andrew P. Gordon on 2/20/2025. **(For Distribution by law library.)**(Copies have been distributed pursuant to the NEF - CAH) (Entered: 02/20/2025) |
| 02/25/2025 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 2/25/2025. In its Notice of Acceptance of Service, the Attorney General's Office indicated that it was unable to accept service for Defendant Shultz because it could not identify the proper defendant based on last name alone. ECF No. 23. However, the AG's Office submitted that it would supplement its Notice upon further investigation and proper identification of Defendant Shultz. *Id.*<br><br>Plaintiff has since filed a Notice setting forth additional identifying information for Defendant Shultz. ECF No. 29. In light of this Notice, the AG's Office is directed to file a supplemental notice by 3/11/2025 that states whether (1) it was able to identify Defendant Shultz and (2) it will accept service for him.**(no image attached)** **(For Distribution by law library.)**(Copies have been distributed pursuant to the NEF - ANS) (Entered: 02/25/2025) |
| 02/25/2025 | 33 | ORDER granting 30 Motion for Issuance of Discovery Scheduling Order. Discovery due by 8/25/2025. Motions due by 9/24/2025. Proposed Joint Pretrial Order due by 10/24/2025. Signed by Magistrate Judge Brenda Weksler on 2/25/2025.<br><br>NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Judge" form on the Court's website - AO 85 Consent forms should NOT be electronically filed. Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has parties not receiving electronic service.)<br><br>**(For Distribution by law library.)**(Copies have been distributed pursuant to the NEF - GA) (Entered: 02/26/2025) |
| 02/26/2025 | 34 | NOTICE of Appearance by attorney Alissa N. Bestick on behalf of Defendant David Rivas. (Bestick, Alissa) (Entered: 02/26/2025) |
| 02/27/2025 | 35 | JOINDER to 26 Answer to Complaint,, by Defendants Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Garcia, Flores, Schultz, Kenneth Williams, Jeremy Bean. (Rands, Douglas) (Entered: 02/27/2025) |
| 02/28/2025 | 36 | RESPONSE to 31 Order to Show Cause, by Defendants Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Garcia, Flores, Schultz, Kenneth Williams, Jeremy Bean, David Rivas. (Rands, Douglas) (Entered: 02/28/2025) |
| 03/03/2025 | 37 | Fourth ADDENDUM to ECF No. 17 Reply, by Plaintiff Seanah Dixon. (DRM) (Entered: 03/03/2025) |
| 03/06/2025 | 38 | EXHIBIT - "I" to 37 Addendum by Plaintiff Seanah Dixon. (GA) (Entered: 03/06/2025) |
| 03/06/2025 | 39 | EXHIBIT "I" to 37 Addendum by Plaintiff Seanah Dixon. (GA) (Entered: 03/06/2025) |
| 03/07/2025 | 40 | ORDER. IT IS ORDERED that Jamie P. Leavitt, Esq. is appointed as pro bono counsel for Plaintiff under the United States District Court for the District of Nevada's Pro Bono Program.<br><br>IT IS FURTHER ORDERED that Jamie P. Leavitt, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program. |

|  |  | IT IS FURTHER ORDERED that the Clerk of Court assign a PROBONO case flag and add Jamie P. Leavitt, Esq., to the docket as counsel of record for Plaintiff.<br><br>IT IS FURTHER ORDERED that Jamie P. Leavitt, Esq., will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.<br><br>IT IS FURTHER ORDERED that within 14 days after completion of legal services, Jamie P. Leavitt, Esq., must submit a Notice of Completion Form to the Pro Bono Liaison.<br><br>Signed by Chief Judge Andrew P. Gordon on 3/7/2025. (**For Distribution by law library.**) (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 03/10/2025) |
|---|---|---|
| 03/11/2025 | 41 | EXHIBIT - "2" to 37 Fourth Addendum by Plaintiff Seanah Dixon. (DRM) (Entered: 03/11/2025) |
| 03/13/2025 | 42 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 3/13/2025. On February 25, 2025, the Court ordered the Attorney General's Office to file a supplemental notice by 3/11/2025. ECF No. 32. To date, no notice has been filed. As such, the AG's Office must file its supplemental notice no later than 3/20/2025. (**no image attached**) (Copies have been distributed pursuant to the NEF - ANS) (Entered: 03/13/2025) |
| 03/13/2025 | 43 | ORDER. IT IS ORDERED that plaintiff Seanah J. Dixon's 2 , 3 motions for injunctive relief are DENIED.<br><br>See order for further details.<br><br>Signed by Chief Judge Andrew P. Gordon on 3/13/2025. (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 03/14/2025) |
| 03/18/2025 | 44 | NOTICE of Appearance by attorney Jamie Leavitt on behalf of Plaintiff Seanah Dixon. (Leavitt, Jamie) (Entered: 03/18/2025) |
| 03/24/2025 | 45 | NOTICE *Notice of Non-Acceptance of Service* by Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Garcia, Flores, Schultz, Kenneth Williams, David Rivas. (Rands, Douglas) (Entered: 03/24/2025) |
| 03/24/2025 | 46 | NOTICE *notice of Under Seal Submission* by Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Garcia, Flores, Schultz, Kenneth Williams, David Rivas. (Rands, Douglas) (Entered: 03/24/2025) |

| 03/26/2025 | [48] | ORDER. IT IS HEREBY ORDERED that the U.S. Marshals Service must attempt service on Defendant Workman.<br><br>IT IS FURTHER ORDERED that the Plaintiff must complete the USM-285 form regarding Defendant Workman (leave the address portion blank) and return the same to the USMS by mail no later than 4/16/2025.<br><br>IT IS FURTHER ORDERED that the USMS must attempt to effect service of the summons, [7] the operative complaint, and [6] Screening Order on Defendant Workman no later than twenty days after receipt of the completed USM-285 form.<br><br>IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Workman may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).<br><br>Signed by Magistrate Judge Brenda Weksler on 3/26/2025. (Attachments: # [1] USM285) (Copies have been distributed pursuant to the NEF - MAM) (Entered: 03/27/2025) |
| --- | --- | --- |
| 03/27/2025 | [49] | SUMMONS ISSUED as to Workman re [7] Complaint. (Attachments: # [1] Order, # [2] Complaint Copy, # [3] Screening Order) (cc: USM - MAM) (Entered: 03/27/2025) |
| 04/23/2025 | [50] | Emergency MOTION for Defendant to Provide Supplemental Response to Order to Show Cause re [31] Order to Show Cause, [36] Response by Plaintiff Seanah Dixon. Responses due by 5/7/2025. **PRO BONO Program ORAL ARGUMENT Requested.** (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5)(Leavitt, Jamie) (misc) (injunctive) (Entered: 04/23/2025) |
| 04/24/2025 | [51] | ORDER.<br><br>IT IS ORDERED that defendants respond to Seanah Dixon's [50] emergency motion for supplementation by May 1, 2025.<br><br>Signed by Chief Judge Andrew P. Gordon on 4/24/2025. (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 04/24/2025) |
| 05/01/2025 | [52] | RESPONSE to [50] Motion, by Defendants Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Kenneth Williams, Jeremy Bean, David Rivas. (Attachments: # [1] Exhibit 2, # [2] Exhibit 6)(Rands, Douglas) (Entered: 05/01/2025) |
| 05/01/2025 | [53] | First MOTION for Leave to File Document re [52] Response by Defendants Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Kenneth Williams, Jeremy Bean, David Rivas. Responses due by 5/15/2025. (Rands, Douglas) (answer) (Entered: 05/01/2025) |
| 05/01/2025 | [55] | NOTICE *Notice of Under Seal Submission of Exhibits 1, 3, 4, 5 and 7 In Support of Defendants' Response to Plaintiff's Request to Immediately Supplement Their Responses* by Mark Hidrosollo, Jaymie Cabrerra, Mary Manalastas, Justin McRoberts, Kenneth Williams, Jeremy Bean, David Rivas re [52] Response. (Rands, Douglas) (Entered: 05/01/2025) |
| 05/13/2025 | [56] | ORDER Granting [53] Motion for Leave to File Exhibits 1, 3, 4, 5 and 7 Under Seal. Signed by Chief Judge Andrew P. Gordon on 5/13/2025. (Copies have been distributed pursuant to the NEF - RJDG) (Entered: 05/14/2025) |
| 05/14/2025 | [57] | NOTICE *of Association of Counsel* by David Rivas. (Corey, Victoria) (Entered: 05/14/2025) |

| 05/15/2025 | 58 | REPLY to Response to 50 Motion, by Plaintiff Seanah Dixon. (Leavitt, Jamie) (Entered: 05/15/2025) |
|---|---|---|
| 05/22/2025 | 59 | NOTICE of Appearance by attorney Travis Franklin Chance on behalf of Plaintiff Seanah Dixon. (Chance, Travis) (Entered: 05/22/2025) |
| 05/22/2025 | 60 | MOTION to Withdraw as Attorney by Jamie P. Leavitt for Plaintiff Seanah Dixon. Responses due by 6/5/2025. (Chance, Travis) (Entered: 05/22/2025) |
| 05/22/2025 | 61 | MOTION to Withdraw as Attorney by Yashmeeta Sharma for Plaintiff Seanah Dixon. Responses due by 6/5/2025. (Chance, Travis) (Entered: 05/22/2025) |
| 05/23/2025 | 62 | NOTICE of Disassociation of Victoria Corey as Counsel by David Rivas. (Corey, Victoria) (Entered: 05/23/2025) |
| 05/23/2025 | 63 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 5/23/2025. ORDER granting 60 Motion to Withdraw and 61 Motion to Withdraw. Attorneys Jamie Leavitt and Yashmeeta Sharma withdrawn from the case. **(no image attached)** (Copies have been distributed pursuant to the NEF - ANS) (Entered: 05/23/2025) |
| 06/20/2025 | 64 | ORDER Granting 50 Emergency Motion for Defendant to Provide Supplemental Response to Order to Show Cause re 31 Order to Show Cause, 36 Response. IT IS FURTHER ORDERED that an in-person hearing to take place on Wednesday, July 16, 2025 at 9:30 a.m. IT IS FURTHER ORDERED that Dixon must file and serve a notice within 10 days before the hearing. Signed by Chief Judge Andrew P. Gordon on 6/20/2025. (Copies have been distributed pursuant to the NEF - ALZ) (Entered: 06/23/2025) |
| 06/26/2025 | 65 | NOTICE of Appearance by attorney Molly Marias on behalf of Plaintiff Seanah Dixon. (Marias, Molly) (Entered: 06/26/2025) |
| 06/30/2025 | 66 | NOTICE of Intent to Have Plaintiff Seanah Dixon Appear In-Person by Seanah Dixon re 64 Order on Motion,,,. (Marias, Molly) (Entered: 06/30/2025) |
| 07/16/2025 | 67 | MINUTES OF PROCEEDINGS before Chief Judge Andrew P. Gordon. Crtrm Administrator: *M. Johansen*; Pla Counsel: *Molly Marias, Kirk Lenhard, and Travis Chance*; Def Counsel: *Douglas Rands and Keith Weaver*; Court Reporter: *Judy Moore*; Time of Hearing: *9:43 a.m. - 10:31 a.m.*; Courtroom: *6C*; The court made preliminary remarks and heard representations of counsel regarding the plaintiff's emergency motion for defendant to provide supplemental response to order to show cause. The court affirms its order (ECF No. 43 ) denying the motions for injunctive relief. **(no image attached)** (Copies have been distributed pursuant to the NEF - MAJ) (Entered: 07/16/2025) |
| 07/24/2025 | 68 | STIPULATION FOR EXTENSION OF TIME (First Request) *to Extend Discovery Cutoff* re 33 Order on Motion,,,,, Scheduling Order,,, by Plaintiff Seanah Dixon. (Marias, Molly) (extend) (discovery) (Entered: 07/24/2025) |
| 07/25/2025 | 69 | ORDER granting 68 Stipulation to Extend Discovery Cutoff. Discovery due by 1/30/2026. Motions due by 3/2/2026. Proposed Joint Pretrial Order due by 4/1/2026. Signed by Magistrate Judge Brenda Weksler on 7/25/2025. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 07/28/2025) |
| 09/11/2025 | 70 | NOTICE *Notice to Withdraw as Counsel for Defendant David Rivas* by David Rivas. (Bestick, Alissa) (Entered: 09/11/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/12/2026 15:21:05 | | | |
| **PACER Login:** | alissa.bestick | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-02103-APG-BNW |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |